**GREGORY G. HARRIS, ESQ.**
**CHAPTER 7 BANKRUPTCY TRUSTEE**
THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY, NEW YORK 12207

GREGORY G. HARRIS

(518) 436-1661
(518) 432-1996 FAX
E-MAIL: GGHARRIS@CAPITALREGIONLAW.COM
SERVICE BY FAX NOT ACCEPTED

MICHAEL C. CONWAY
RYAN T. DONOVAN

July 15, 2010

Clerk's Office
U. S. Bankruptcy Court
James T. Foley U.S. Courthouse - Third Floor
445 Broadway
Albany, New York   12207

Re:   **Unclaimed Funds**
      **Sherri L. Noel, Chapter 7, Case No. 08-14148**

Dear Court Clerk:

I enclose Trustee Check payable to the U.S. Bankruptcy Court Clerk in the amount of $699.81 and my Unclaimed Fund Report in the above matter.

Please advise if you need anything further.

Very truly yours,

**GREGORY G. HARRIS**
**CHAPTER 7 TRUSTEE**

By: Gregory G. Harris

GGH/ssh
Enclosures

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In Re:

    SHERRI L. NOEL,

                    Debtor.

UNCLAIMED FUNDS PURSUANT
TO RULE 3011 AND 11 U.S.C. § 347(a)
Chapter 7
Case No. 08-14148
-----------------------------------------------------------

**TRUSTEE REPORT OF UNCLAIMED FUNDS PURSUANT TO RULE 3011**

TO:    HON. ROBERT E. LITTLEFIELD, JR., Chief United States Bankruptcy Judge

Gregory G. Harris, Chapter 7 Trustee of the estate of the above-named Debtor, as a supplemental report and accounting, respectfully report:

The Trustee has made a diligent effort to remit the Chapter 7 distribution checks pursuant to Trustee's Proposed Distribution filed on March 12, 2010, to the claimant listed below. The last known addresses for the claimant is:

1.    Internal Revenue Service
      PO Box 21125
      Philadelphia, PA 19114

      Check number 1003 in the amount of $699.81 returned.

The Trustee submits the attached check in the amount of $699.81 payable to the Clerk of the United States Bankruptcy Court representing the refunds due to Internal Revenue Service.

Trustee has stopped payment on check numbered 1003. Check numbered 1003 has been returned to the Trustee. More than 90 days have elapsed since this check was issued and, as such, it is void.

Dated: July 15, 2010

                                    GREGORY G. HARRIS, CHAPTER 7 TRUSTEE
                                    For Estate of Sherri L. Noel
                                    Five Clinton Square - Suite 400
                                    Albany, New York 12207    (518) 436-1661

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## BANK OF AMERICA
901 Main Street // 10th Floor // Dallas TX 75283

32-4/3110
**CHECK NUMBER 1003**

Gregory G. Harris
Chapter 7 Trustee
The Patroon Building at
Five Clinton Square, Suite 400
Albany, NY 12207

(Final distribution to Claim 5, representing a Payment of 91.10% per court order.)

DATE: 4/16/2010
AMOUNT: *********699.81

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-14148    Debtor: SHERRI L NOEL | |

IMTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA 19114

*Six Hundred Ninety Nine Dollars And 81/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈⑆0010031⑆⑈ ⑉⑆111000012⑆⑉ 443714711811⑈

---

| Form **3699** (Rev. January 1983) | Department of the Treasury – Internal Revenue Service<br>**Return of Documents to Taxpayer** | Date<br>4-22-2010 |
|---|---|---|

We are returning the documents checked at the right. Please keep them for your records unless otherwise indicated.

Thank you for your cooperation.

To:
GREGORY G. HARRIS, TRUSTEE
THE PATROON BUILDING AT
FIVE CLINTON SQUARE, SUITE 400
ALBANY, NY 12207

Documents returned:
- [ ] Receipts
- [ ] Forms W-2
- [ ] Canceled checks
- [ ] Forms W-4 (To be filed with your employers to enable them to determine the amount of income tax to withhold from your wages.)
- [x] VOID CHECK
  ACCOUNT FULL PAID
  OFFSET FROM TY2009

Cat. No. 26600G

Form **3699** (Rev. 1-83)